1472

## MOTION DOCKET

**96-2636.  Loreto Dev. Co. v. Chardon.**
Geauga App. Nos. 95–G–1920 and 95–G–1923.  This cause is pending as a discretionary appeal and a claimed appeal of right from the Court of Appeals for Geauga County.  On June 23, 1997, appellant Loreto Development Co., Inc. filed with the Clerk of this court a stipulation to agreed extension of time pursuant to S.Ct.Prac.R. XIV(B)(2)(a), extending the time for filing its merit brief from June 9, 1997, until June 23, 1997.  On August 4, 1997, Loreto Development filed with the Clerk of this court a motion for extension of time to file its reply brief.  Whereas S.Ct.Prac.R. XIV(B)(2)(b) does not provide for the filing of a request for extension of time after an agreed extension of time has been obtained and filed,

IT IS ORDERED by the court, *sua sponte*, that appellant's motion for extension of time be, and hereby is, stricken.

**97-1240.  Clark v. Connor.**
Franklin App. No. 97APD04–582.  This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.  Upon consideration of appellant's motion for stay of proceedings in the Court of Common Pleas of Franklin County,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

Lundberg Stratton, J., not participating.

**97-1359.  Arnett v. Winemiller.**
Montgomery App. Nos. 16606 and 16612.  This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County.  Upon consideration of appellant's motion to expedite briefing schedule,

IT IS ORDERED by the court that the motion be, and hereby is, denied.

Lundberg Stratton, J., dissents.

*Monday, August 11, 1997*

## MERIT DOCKET

**97-833.  State ex rel. Englewood v. Montgomery Cty. Bd. of Commrs.**
In Mandamus.  This cause originated in this court on the filing of a complaint for a writ of mandamus.  Upon consideration of the city of Englewood's motion for summary judgment and motion to expedite determination of motion for summary judgment,

IT IS ORDERED by the court that the motion to expedite be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that the motion for summary judgment be, and hereby is, denied, and that this cause be, and hereby is, *sua sponte*, dismissed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**97-1469.  State ex rel. Van Horn v. Shaw.**
In Mandamus.  This cause originated in this court on the filing of a complaint for a writ of mandamus and was considered in a manner prescribed by law.  Upon consideration of relators' amended complaint and motion to expedite,

IT IS ORDERED by the court that this cause be, and hereby is, *sua sponte*, dismissed.

Moyer, C.J., Resnick, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

Douglas and F.E. Sweeney, JJ., dissent and would grant the motion to expedite and grant an alternative writ.